UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jason Smith and Carrie Smith,

        Plaintiffs,

vs.

Eye Safety Systems, Inc.,

        Defendant and
        Third Party Plaintiff,

vs.

City of Glyndon,

        Third Party Defendant.

Case No. 0:06-cv-01398 PAM/RLE

**ORDER FOR DISMISSAL
OF THIRD PARTY COMPLAINT**

---

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED all claims for contribution and indemnity as set forth in the Third Party Complaint are hereby dismissed with prejudice.

LET A JUDGMENT OF DISMISSAL BE ENTERED ACCORDINGLY.

Dated this __6__ , day of __June__ , 2006.   BY THE COURT:

s/Paul A. Magnuson
Paul A. M agnuson
Judge of U.S. District Court

1